## Anthony Zazkowski, Minor, by Rose Zazkowski, his Mother and Next Best Friend, Appellant, v. John Choyce, Appellee.

Gen. No. 43,259.

opinion filed February 13, 1945; released for publication March 5, 1945. Louis Z. Grant, Krohn & MacDonald and Jack L. Sachs, for appellant; Stuart B. Krohn and Ian P. MacDonald, of counsel; Stanley T. Gross, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.